KLEINSMITH ET AL., APPELLANTS, *v.* ALLSTATE INSURANCE COMPANY, APPELLEE.

[Cite as *Kleinsmith v. Allstate Ins. Co.* (2001), 92 Ohio St.3d 218.]

(No. 01–223—Submitted May 16, 2001—Decided July 5, 2001.)

---

The discretionary appeal is allowed on Proposition of Law No. II and the judgment of the court of appeals is affirmed on the authority of *Littrell v. Wigglesworth* (2001), 91 Ohio St.3d 425, 746 N.E.2d 1077, and *Clark v. Scarpelli* (2001), 91 Ohio St.3d 271, 744 N.E.2d 719.

DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., concur in judgment.

---

**COOK, J., concurring in judgment.** I concur in judgment based on the reasoning set forth in my dissenting opinion in *Littrell v. Wigglesworth* (2001), 91

Ohio St.3d 425, 746 N.E.2d 1077, and in my opinion concurring in part and dissenting in part in *Clark v. Scarpelli* (2001), 91 Ohio St.3d 271, 744 N.E.2d 719.

MOYER, C.J., and LUNDBERG STRATTON, J., concur in the foregoing opinion.

———

*Elk & Elk Co., L.P.A.*, and *Todd O. Rosenberg*, for appellants.

*Baran, Piper, Tarkowsky, Fitzgerald & Thies Co., L.P.A., Gregory G. Baran* and *Kelly L. Badnell*, for appellee.

MOYER, C.J., and LUNDBERG STRATTON, J., dissent.